IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-486 |
| | ) |
| BLUE CROSS BLUE SHIELD | ) |
| OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Scott A. Holt, Young Conaway Stargatt & Taylor, LLP as counsel for Defendant in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

Dated: August 10, 2006

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
|       Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 06-486 ) |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) ) ) ) |
|       Defendant. | ) |

## CERTIFICATE OF SERVICE

I, SCOTT A. HOLT, Esquire, hereby certify that on Thursday, August 10, 2006, I electronically filed a true and correct copy of the foregoing **Entry of Appearance** and this Certificate of Service with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

I further certify that on August 10, 2006, I caused a copy of the **Entry of Appearance** and this Certificate of Service to be served by United States First Class mail on the following counsel of record:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    _____
    Scott A. Holt, Esquire (No. 3399)
    YOUNG CONAWAY STARGATT & TAYLOR, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6623; Facsimile: (302) 576-3299
    Email: sholt@ycst.com
    Attorneys for Defendant

Dated: August 10, 2006