IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) C.A. No. 06-486-JJF |
| | ) |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) JURY TRIAL DEMANDED |
| | ) |
|     Defendant. | ) |

### NOTICE OF SERVICE

I, Scott A. Holt, hereby certify that on December 20, 2006, two copies of Defendant's Initial Disclosures Pursuant To Federal Rule of Civil Procedure 26(a) were served via U.S. First Class Mail, postage prepaid to the following person of record:

    Lori Ann Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Scott A. Holt
    Scott A. Holt, Esquire (No. 3399)
    Michael P. Stafford, Esquire (No. 4461)
    The Brandywine Building
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6623; 571-6553
    Facsimile: (302) 576-3299; 576-3470
    Email: sholt@ycst.com; mstafford@ycst.com
    Attorneys for Defendant

DATED: December 20, 2006