IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-486 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing ***Plaintiff's First Set of Production of Documents Directed to Defendant*** were sent via U. S Mail postage pre-paid on January ___8___, 2007 to the following:

Scott Holt, Esquire
Young, Conway, Stargett and Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: January ___8___, 2007