IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-486-JJF |
| | ) |
| BLUE CROSS BLUE SHIELD | ) JURY TRIAL DEMANDED |
| OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

I, **Scott A. Holt, Esquire** hereby certify that on Thursday, January 11, 2007, two (2) true and correct copies of the foregoing **Defendant's First Set of Interrogatories Directed to Plaintiff** and **Defendant's First Request for Production of Documents** were sent via U.S. First Class Mail to the following counsel of record:

Jeffrey K. Martin, Esquire
Lori A. Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Scott A. Holt, Esquire (Del. No. 3399)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (3020 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: January 11, 2007