IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EDITH CHOMA,                              )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )     C.A. No. 06-486-JJF
                                          )
BLUE CROSS BLUE SHIELD                    )     JURY TRIAL DEMANDED
OF DELAWARE,                              )
                                          )
                    Defendant.            )

## NOTICE OF SERVICE

   I, Scott A. Holt, hereby certify that on Thursday, February 15, 2007, a copy of

**Defendant's Response to First Request For Admissions**, **Defendant's Answers to First Set**

**of Interrogatories** and **Defendant's Responses to First Request for Production of**

**Documents** were served by **hand delivery** on the following:

   Lori Ann Brewington, Esquire
   Margolis Edelstein
   1509 Gilpin Avenue
   Wilmington, DE 19806


   YOUNG CONAWAY STARGATT & TAYLOR, LLP


    /s/   Scott A. Holt
   Scott A. Holt, Esquire (No. 3399)
   The Brandywine Building
   1000 West Street, 17th Floor
   P.O. Box 391
   Wilmington, Delaware  19899-0391
   Telephone: (302) 571-6623
   Facsimile: (302) 576-3299
   Email:  sholt@ycst.com
   Attorneys for Defendant


DATED:  February 15, 2007

DB02:5784425.1

052305.1028