IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Lori A. Brewington, hereby certify that on Friday, February 16, 2007, a copy of **Plaintiff's Responses to Defendant's First Set of Interrogatories** and **Plaintiff's Responses to Defendant's Request for Production of Documents** were served by hand delivery on the following:

Scott Holt, Esquire
Young, Conway, Stargett and Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                                                 MARGOLIS EDELSTEIN

                                                 /s/ Lori A. Brewington, Esquire
                                                 Jeffrey K. Martin, Esquire (#2407)
                                                 Lori A. Brewington, Esquire (#4522)
                                                 1509 Gilpin Avenue
                                                 Wilmington, DE 19806
                                                 (302) 777-4680
                                                 (302) 777-4682 fax
                                                 jmartin@margolisedelstein.com
                                                 lbrewington@margolisedelstein.com
                                                 Attorneys for Plaintiff

Dated: February 16, 2007