IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **EDITH CHOMA** : | |
| : | |
| **Plaintiff,** : | C.A. No. 06-486 |
| : | |
| v. : | |
| : | **JURY TRIAL DEMANDED** |
| **BLUE CROSS AND BLUE SHIELD** : | |
| **OF DELAWARE** : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Supplement To Plaintiff's Initial Discovery and Certificate of Service* were sent via hand delivery on February 26, 2007 to the following:

Scott Holt, Esquire
Young, Conway, Stargett and Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin

Jeffrey K. Martin, Esquire (#2407)
Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
lbrewington@margolisedelstein.com
Attorneys for Plaintiff

Dated: February 26, 2007