IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION**

TO:  Lori Ann Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff Edith Choma on Thursday, April 19, 2007 at 9:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, 10th Floor, Rodney Square North, Wilmington, DE 19899.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Scott A. Holt
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: March 12, 2007

DB02:5836098.1                                                                                                                  052305.1028