IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-486 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, do hereby certify that on March 26, 2007, I served via Hand Delivery the Expert Report of Dr. Robert L. Witt, to the following attorney-of-record below:

Scott Holt, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

*/s/ Lori A. Brewington*
Lori A. Brewington, Esquire (DE #4522)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 – phone
(302) 777-4682 – fax
lbrewington@margolisedelstein.com