IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF DEPOSITION**

TO:  Lori Ann Brewington, Esquire
     Margolis Edelstein
     1509 Gilpin Avenue
     Wilmington, DE 19806

 PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Diane H. Tait** on Friday, May 11, 2007 at 2:00 p.m., and continuing thereafter from hour to hour and day to day until completion, in the office of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

 YOUNG CONAWAY STARGATT & TAYLOR, LLP

  /s/  Scott A. Holt
 Scott A. Holt, Esquire (No. 3399)
 The Brandywine Building
 1000 West Street, 17th Floor
 P.O. Box 391
 Wilmington, Delaware 19899-0391
 Telephone: (302) 571-6623
 Facsimile: (302) 576-3299
 Email: sholt@ycst.com
 Attorneys for Defendant

DATED:  April 20, 2007
cc:  Wilcox & Fetzer

Case 1:06-cv-00486-JJF    Document 30    Filed 04/20/2007    Page 2 of 2