IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:   Lori Ann Brewington, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Robert Minnehan, Ph.D.** on Tuesday, May 8, 2007 at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Scott A. Holt
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED:  April 20, 2007
cc:     Wilcox & Fetzer