IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## RENOTICE OF DEPOSITION

TO:  Lori Ann Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff Edith Choma on Wednesday, April 25, 2007 at 9:00 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

    /s/ Scott A. Holt
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: April 20, 2007
cc:   Wilcox & Fetzer

Case 1:06-cv-00486-JJF     Document 32     Filed 04/20/2007     Page 2 of 2