IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE THAT** the attorney Jeffrey K. Martin, Esquire hereby **WITHDRAWS** as counsel to Edith Choma and the attorney Herbert W. Mondros, Esquire **HEREBY ENTERS HIS APPEARANCE** as substitute counsel for Kenneth Cole in the above-noted case. All pleadings henceforth should be served upon the following:

Herbert W. Mondros, Esquire (#3308)
MARGOLIS EDELSTEIN
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 777-4680
hmondros@margolisedelstein.com

| | |
|---|---|
| MARGOLIS EDELSTEIN | MARTIN & WILSON |
| /s/ | /s/ |
| Herbert W. Mondros, Esquire (#3308) | Jeffrey K. Martin, Esquire (#2407) |
| 750 South Madison Street, Suite 102 | 1509 Gilpin Avenue |
| Wilmington, DE 19801 | Wilmington, Delaware 19806 |
| (302) 777-4680 (telephone) | |
| (302) 777-4682 (facsimile) | |
| | |
| April 23, 2007 | April 20, 2007 |

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on April 23, 2007, I electronically filed the attached **Notice of Substitution of Counsel** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, as well as by first class mail, postage pre-paid:

**Scott A. Holt**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: sholt@ycst.com
*Attorney for Defendant, Blue Cross, Blue Shield of Delaware*

                                                Respectfully submitted,
                                                MARGOLIS EDELSTEIN

                                                By: _____
                                                Herbert W. Mondros, Esquire (#3956)
                                                750 South Madison Street, Suite 102
                                                Wilmington, DE 19801
                                                (302) 777-4680 (telephone)
                                                (302) 777-4682 (facsimile)

                                                Counsel for Plaintiff, Edith Choma