IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that the address of the Wilmington, Delaware Margolis Edelstein office changed as of April 2, 2007. Please note that the new address for the office is Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, Delaware, 19801.

Respectfully submitted,
MARGOLIS EDELSTEIN

By: _____
Lori A. Brewington, Esquire (#4522)
Herbert Mondros, Esquire (#3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 777-4680 (telephone)
(302) 777-4682 (facsimile)

*Counsel for Plaintiff, Edith Choma*

Dated: April __, 2007
Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, Esquire, hereby certify that on April 24, 2007, I electronically filed the attached **Notice of Change of Address** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following, and also sent via first class mail, postage pre-paid:

**Scott A. Holt**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: sholt@ycst.com
*Attorney for Defendant, Blue Cross, Blue Shield of Delaware*

                                                   Respectfully submitted,
                                                   MARGOLIS EDELSTEIN

                                                   By: /s/ Herbert Mondros
                                                   Lori A. Brewington, Esquire (#4522)
                                                   Herbert W. Mondros, Esquire (#3956)
                                                   750 South Madison Street, Suite 102
                                                   Wilmington, DE 19801
                                                   (302) 777-4680 (telephone)
                                                   (302) 777-4682 (facsimile)
                                                   *Counsel for Plaintiff, Edith Choma*