IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF CHRISTINE ZAKUTNY**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Edith Choma ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Christine Zakutny by oral testimony before an officer duly authorized to administer an oath, commencing on Monday, June 18, 2007, beginning at 1:00 p.m., at the offices of Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, DE 19801. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 phone
(302) 888-1119 fax
Attorney for Plaintiffs

Dated: May 31, 2007
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Lori A. Brewington, do hereby certify that two (2) true and correct copies of the *Notice of Deposition of Christine Zakutny* were sent by U.S. Mail, First Class, postage prepaid, on May 31, 2007 to the following:

Scott Holt, Esquire
Young, Conway, Stargatt and Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: May 31, 2007