IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### RENOTICE OF DEPOSITION

TO:  Lori A. Brewington, Esquire
　　　Margolis Edelstein
　　　750 South Madison Street, Suite 102
　　　Wilmington, DE 19801

　　　PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff Edith Choma on Thursday, June 14, 2007 at 9:30 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　／s／ Scott A. Holt
　　　　　　　　　　　Scott A. Holt, Esquire (No. 3399)
　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　Wilmington, Delaware  19899-0391
　　　　　　　　　　　Telephone: (302) 571-6623
　　　　　　　　　　　Facsimile: (302) 576-3299
　　　　　　　　　　　Email:  sholt@ycst.com
　　　　　　　　　　　Attorneys for Defendant

DATED:  June 4, 2007
cc:　　 Wilcox & Fetzer