## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. NO. 06-486 (JJF)** |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Ralph R. Smith III to represent Edith Choma in this matter.

Signed: _____

Herbert W. Mondros (Del. Bar I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

Attorney for: <u>Edith Choma</u>

Date: _07/24/07_____

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                               United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for nay alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: July 23, 2007

Ralph R. Smith 3rd, Esquire
Sentry Office Plaza
216 Haddon Avenue, 2nd Floor
P.O. Box 92222
Westmont, NJ 08108
(856) 858-7200