IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486-JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time so that fact discovery shall be completed by September 7, 2007. The parties have also agreed to extend the deadline for filing case dispositive motions until September 28, 2007.

MARGOLIS EDELSTEIN

/s/ Herbert W. Mondros

Herbert W. Mondros, Esquire (ID # 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
*Attorney for Plaintiff*

Dated: August 6, 2007

YOUNG CONAWAY STARGATT & TAYLOR

/s/ Scott A. Holt

Scott A. Holt (ID # 3399)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19806
(302) 571-6623
*Attorney for Defendant*

Dated: August 8, 2007

SO ORDERED this _____ day of August, 2007.

_____
The Honorable Joseph J. Farnan, Jr.