IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-486 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION OF DEBBIE SWEENEY

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Edith Choma ("Plaintiff"), by and through her undersigned attorneys, will take the deposition of Debbie Sweeney by oral testimony before an officer duly authorized to administer an oath, commencing on Friday, September 7, 2007, beginning at 10:00 a.m., at the offices of Margolis Edelstein, 750 South Madison Street, Suite 102, Wilmington, DE 19801. The deposition shall continue thereafter until terminated by counsel for the Plaintiff. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (Del. #3308)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 phone
(302) 888-1119 fax
Attorney for Plaintiff

Dated: September 4, 2007
CC: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Herbert W. Mondros, do hereby certify that two (2) true and correct copies of the

*Notice of Deposition of Debbie Sweeney* were sent by U.S. Mail, First Class, postage prepaid, on

September 4, 2007 to the following:

Scott Holt, Esquire
Young, Conway, Stargatt and Taylor
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (Del. #3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
(302) 888-1119 fax
hmondros@margolisedelstein.com
Attorney for Plaintiff

Dated: September 4, 2007