IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-486-JJF |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time so that fact discovery shall be completed by October 1, 2007. The parties also agree to the following schedule regarding case dispositive motions: Motions and Opening Briefs filed on October 12, 2007; Answering Briefs filed on October 30, 2007; Reply Briefs filed on November 7, 2007.

MARGOLIS EDELSTEIN                          YOUNG CONAWAY STARGATT &
                                            TAYLOR, LLP

/s/ Herbert W. Mondros                      /s/ Scott A. Holt
Herbert W. Mondros, Esquire (ID # 3308)     Scott A. Holt (ID # 3399)
750 South Madison Street, Suite 102         The Brandywine Building
Wilmington, DE 19801                        1000 West Street, P.O. Box 391
(302) 888-1112                              Wilmington, DE 19806
*Attorney for Plaintiff*                    (302) 571-6623
                                            *Attorney for Defendant*
Dated: September 6, 2007
                                            Dated: September 6, 2007

SO ORDERED this _____ day of September, 2007.

                                            _____
                                            The Honorable Joseph J. Farnan, Jr.