IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-486-JJF |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in its accompanying Opening Brief, Defendant hereby moves for summary judgment in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Scott A. Holt*
_____
Scott A. Holt, Esquire (No. 3399)
Adria B. Martinelli, Esquire (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6623; 571-6613
Facsimile: (302) 576-3299; 576-3314
Email:  sholt@ycst.com; amartinelli@ycst.com
Attorneys for Defendant

DATED:  October 12, 2007