IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Edith Choma, through her undersigned counsel, respectfully moves, pursuant to Rule 56(c) Fed.R.Civ.P., for entry of summary judgment in this matter because the undisputed facts demonstrate that Plaintiff is entitled to judgment as a matter of law on her claims for disability discrimination as alleged in Count III (violation of 19 Del. C. §723, §724, §726); Count IV (Violation of the Americans with Disabilities Act (the "ADA")); Count V (Disability Discrimination); and Count VI (Retaliation). The grounds for this motion are set forth in the brief filed contemporaneously herewith.

MARGOLIS EDELSTEIN

/s *Herbert W. Mondros*

_____
Herbert W. Mondros, Esq. (Del Bar No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
302.888.1112
Attorneys for Plaintiff, Edith Choma

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-486 JJF |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD | ) | |
| OF DELAWARE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the Plaintiff, Edith Choma, through her undersigned counsel, respectfully enters the attached Motion for Partial Summary Judgment.

**MARGOLIS EDELSTEIN**

*/s Herbert W. Mondros*
_____
Herbert W. Mondros, Esquire (Del. #3308)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 phone
(302) 888-1119 fax
*Attorneys for Plaintiff, Edith Choma*

Dated: October 12, 2007