IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-486-JJF |
| | ) |
| BLUE CROSS BLUE SHIELD | ) JURY TRIAL DEMANDED |
| OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**APPENDIX TO**
**DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS**
**MOTION FOR SUMMARY JUDGMENT**

**VOLUME 1**

**<u>SEALED – SUBJECT TO PROTECTIVE ORDER (D.I. #20)</u>**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Scott A. Holt, Esquire (No. 3399)
Adria B. Martinelli (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: October 12, 2007