# YOUNG CONAWAY STARGATT & TAYLOR, LLP

SCOTT A. HOLT
DIRECT DIAL: (302) 5571-6623
DIRECT FAX:   (302) 576-3299
sholt@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

October 15, 2007

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

       Re:    Choma v. Blue Cross Blue Shield of Delaware
                Civil Action No.: 06-486-JJF

Dear Judge Farnan:

       On October 12, 2007, Defendant filed its Motion for Summary Judgment (D.I. 51), Opening Brief in Support of Its Motion for Summary Judgment (D.I. 54), Volume 1 of the Appendix (D.I. 55), and Volume 2 of the Appendix (D.I. 56). Both volumes of the Appendix were filed under seal pursuant to the parties' Stipulated Protective Order (D.I. 20) and in compliance with this Court's Notice Regarding Personal Information.

       Due to the nature of this case, a majority of the appendix contains personal and medical information of Defendant's employees and former employees. I am therefore requesting permission to mark the entire Appendix (Volumes 1 and 2) as "Redacted." A form of order granting the request is attached for the Court's consideration.

                                          Respectfully submitted,

                                          Scott A. Holt

SAH:y
Attachment

cc: Herbert Weiswasser Mondros, Esquire (by E-File)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-486-JJF |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Blue Cross Blue Shield of Delaware having filed Defendant's Appendix to Opening Brief in Support of its Motion for Summary Judgment (Volume 1 - D.I. 55 and Volume 2 - D.I. 56) under seal, and having requested leave to mark such appendix in its entirety as "Redacted," and good cause for such leave having been shown, the request is hereby GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE