IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | JURY TRIAL DEMANDED |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant Blue Cross Blue Shield of Delaware having filed Defendant's Appendix to Opening Brief in Support of its Motion for Summary Judgment (Volume 1 - D.I. 55 and Volume 2 - D.I. 56) under seal, and having requested leave to mark such appendix in its entirety as "Redacted," and good cause for such leave having been shown, the request is hereby GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

10-17-07

DB01:2466136.1                                                                 052305.1028