IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-486-JJF |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO
DEFENDANT'S OPENING BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT**

**VOLUME 2**

# ENTIRE DOCUMENT REDACTED
# PURSUANT TO COURT ORDER (D.I. 58)

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Scott A. Holt, Esquire (No. 3399)
Adria B. Martinelli (No. 4056)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: October 12, 2007