IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-486-JJF |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of time so that Reply Briefs to case dispositive motions are filed on November 12, 2007.

MARGOLIS EDELSTEIN

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Herbert W. Mondros*
Herbert W. Mondros, Esquire (ID # 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
*Attorney for Plaintiff*

Dated: November 7, 2007

/s/ *Scott A. Holt*
Scott A. Holt (ID # 3399)
The Brandywine Building
1000 West Street, P.O. Box 391
Wilmington, DE 19806
(302) 571-6623
*Attorney for Defendant*

Dated: November 7, 2007

SO ORDERED this _____ day of November, 2007.

_____
The Honorable Joseph J. Farnan, Jr.