IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-486-JJF |
| ) | |
| BLUE CROSS BLUE SHIELD ) | |
| OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO AMEND

WHEREAS, the Court had originally scheduled a pretrial conference in the above matter for December 6, 2007 at 11:00 a.m. (D.I. 11);

WHEREAS, the parties have submitted case dispositive motions on numerous issues and claims in this case that are pending before the Court;

WHEREAS, it is in the interests of justice and economy to reschedule the pretrial conference pending resolution of the motions;

IT IS HEREBY STIPULATED AND ORDERED THAT the pretrial conference shall be rescheduled at the Court's convenience after dispositive motions have been heard and decided.

| | |
|---|---|
| /s/ Herbert W. Mondros | /s/ Scott A. Holt |
| Herbert W. Mondros (No. 3308) | Scott A. Holt, Esquire (No.3399) |
| MARGOLIS EDELSTEIN | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| 750 South Madison Street, Suite 102 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, Delaware 19899-0391 |
| Telephone: (302) 888-1112 | Telephone: (302) 571-6623 |
| Facsimile: (302) 888-1119 | Facsimile: (302) 576-3299 |
| Email: hmondros@margolisedelstein.com | Email: sholt@ycst.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

_____
United States District Judge

DATED: _____, 2007