IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 06-486-JJF |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | : |
|     Defendant. | : |

### ORDER

WHEREAS, on October 25, 2007, Defendant filed a Motion for Protective Order (D.I. 60);

WHEREAS, Plaintiff's Answering Brief to the Motion for Protective Order was due on November 13, 2007;

WHEREAS, Plaintiff has not yet responded to Defendants' Motion;

NOW THEREFORE IT IS HEREBY ORDERED Plaintiff shall file an Answering Brief to the Motion for Protective Order (D.I. 60) **no later than Tuesday, December 4, 2007.** If Plaintiff does not file an Answering Brief by the date indicated, the Court will decide the Motion on the papers submitted.

November 29, 2007

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE