IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDITH CHOMA | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-486 |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF SUBPOENA
TO DISABILITY MANAGEMENT SERVICES**

Plaintiff's counsel hereby withdraws their Subpoena to Disability Management Services that was electronically submitted to the U.S. District Court on Thursday, October 25, 2007 as Docket No. 59.

MARGOLIS EDELSTEIN

/s/ Herbert W. Mondros
Herbert W. Mondros, Esquire (Del. #3308)
750 South Madison Street, Suite 102
Wilmington, Delaware 19801
(302) 888-1112 phone
Attorney for Plaintiffs

November 30, 2007