IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|    v. | )   C.A. No. 06-486-JJF |
| | ) |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | )   JURY TRIAL DEMANDED |
| | ) |
|       Defendant. | ) |

**DEFENDANT'S NOTICE OF WITHDRAWAL
OF MOTION FOR PROTECTIVE ORDER (D.I. 60)**

PLEASE TAKE NOTICE that the above captioned defendant hereby withdraws its motion for a protective order (D.I. 60) based on Plaintiff's withdrawal of its subpoena (D.I. 59).

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Scott A. Holt*
Scott A. Holt, Esquire (No. 3399)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299
Email: sholt@ycst.com
Attorneys for Defendant

DATED: November 30, 2007