IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-486-JJF |
| | ) |
| BLUE CROSS BLUE SHIELD | ) |
| OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

This __8__ day of __January__, 2008, it is hereby Ordered, pursuant to 28 U.S.C. § 636, that this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. The parties shall promptly contact Magistrate Judge Thynge to schedule a settlement conference.

_____
UNITED STATES DISTRICT JUDGE