## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDITH CHOMA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-486-JJF |
| BLUE CROSS BLUE SHIELD OF DELAWARE, | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **26th** day of **February, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, March 5, 2008 at 8:30 a.m.** with Magistrate Judge Thynge to discuss mediation. **Herbert Mondros, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE